**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**


ANGELA D. BUTLER,

        Plaintiff,

vs.                                               CASE NO. 5:11cv44/RS-GRJ

SMITH DEAN & ASSOCIATES,
INC., a Florida corporation,

        Defendant.

_____/

## ORDER

The relief requested by the Joint Motion For Order Permitting Telephonic

Appearance Of Client Representatives At Mediation (Doc. 136) is **granted**.



**ORDERED** on September 7, 2011.


                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**